1  SALVATORE SCIANDRA, Bar No. 58256
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, NORMAN MOLYNEUX

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )    CASE NUMBER: 1:04-CR-05244-OWW
                                    )
11            Plaintiff,             )
                                    )    APPLICATION FOR SEALING
12 v.                                )    DECLARATION OF SALVATORE
                                    )    SCIANDRA IN SUPPORT OF MOTION
13                                  )    TO APPOINT NEW COUNSEL; ORDER
                                    )
14 NORMAN MOLYNEUX,                  )
                                    )    DATE:   Monday, June 12, 2006
15                                  )    TIME:   1:30 p.m.
              Defendants.            )    COURT:  Honorable Oliver W. Wanger
16 _____ )

17        COMES NOW defendant herein, NORMAN MOLYNEUX, who applies hereby for an order

18 permitting him to file under seal the declaration of SALVATORE SCIANDRA in support of his

19 motion for this court to appoint new counsel.

20        Although the notice of motion will be served on the Assistant United States Attorney Stanley

21 Boone, defendant MOLYNEUX seeks to avoid filing the declaration of SALVATORE SCIANDRA

22 because it contains confidential privileged information, including information privileged pursuant to

23 the attorney-client relationship.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Therefore, defendant MOLYNEUX respectfully requests that this Court order the within declaration of SALVATORE SCIANDRA to be scanned by the Clerks Office into the sealed section of the ECF, and the original returned to counsel.

Respectfully submitted,

DATED: June 6, 2006                                /s/   Salvatore Sciandra
                                                   SALVATORE SCIANDRA
                                                   Attorney for Defendant,
                                                   NORMAN MOLYNEUX

## SEALING ORDER

Having reviewed defendant MOLYNEUX's motion to file declaration of SALVATORE SCIANDRA, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the declaration of SALVATORE SCIANDRA in support of defendant MOLYNEUX's motion for appointment of new counsel be filed under seal, and that the documents be scanned by the Clerk's Office into the sealed section of ECF, and the original be returned to counsel.

IT IS SO ORDERED.

**Dated:   June 8, 2006**                          **/s/ Oliver W. Wanger**
emm0d6                                             UNITED STATES DISTRICT JUDGE