JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant
NORMAN MOLYNEUX

NOTICE OF NONCOMPLIANCE
See L.R. 5-133(a) & (d)(3)
Filed in Paper on
JUN 23 2006
U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
JUN 23 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORMAN MOLYNEUX,<br><br>　　　　Defendant. | Case No. 1:04-CR- 05244 OWW<br><br>SUBSTITUTION OF ATTORNEYS<br>AND ORDER THEREON |

Defendant, NORMAN MOLYNEUX, hereby substitutes John F. Garland, Attorney at Law, 1713 Tulare Street, Suite 221,, Fresno, California 93721, telephone (559) 497-6132 as his attorney of record in the above referenced action, in the place and stead of Salvatore Sciandra, Attorney at Law.

Dated: June 16, 2006

　　　　　　　　　　　　　　　　　　　NORMAN MOLYNEUX

　　I consent to the above substitution.

Dated: June16, 2006

　　　　　　　　　　　　　　　　　　　SALVATORE SCIANDRA

　　I accept the above substitution.

Dated: June 16, 2006

　　　　　　　　　　　　　　　　　　　JOHN F. GARLAND

1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the foregoing Substitution of Attorneys is APPROVED.

Dated: 6-23-06

OLIVER W. WANGER
United States District Judge